**RYDER ♦ MAZZEO ♦ KONIECZNY LLC**
INTELLECTUAL PROPERTY LAW

December 19, 2018

Hon. Edgardo Ramos                                              **VIA ECF**
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Re:   Freeplay Music, LLC v. RIGOL Technologies USA, Inc., *et al.*
      Civil Action No.: 1:18-cv-10980-ER
      Consented Letter Motion for Extension of Time to Respond to Complaint

Dear Judge Ramos:

    Our firm represents defendant, RIGOL Technologies USA Inc., in the above-referenced matter. We have recently been retained in this matter and are requesting an extension of the deadline to respond to the complaint. The current deadline to respond is December 26, 2018. We are requesting that the deadline be extended to January 18, 2019. This is the first such request. We require additional time to review this matter and discuss with opposing counsel. Plaintiff's counsel has consented to our request.

    Thank you for the Court's kind attention to this matter.


                                        Respectfully submitted,

                                        Ryder, Mazzeo & Konieczny, LLC

                                        By: /FrankAMazzeo/
                                        Frank A. Mazzeo
                                        808 Bethlehem Pike, Suite 200
                                        Colmar, PA 18915
                                        215-997-0248
                                        fmazzeo@rmkiplaw.com

                                        Attorney for Defendant
                                        RIGOL Technologies USA, Inc