| Video Title | URL | Song Title |
|---|---|---|
| 2_4 How to use the Tracking Generator on a Rigol Spectrum Analyzer to test a Filter | http://www.youtube.com/watch?v=_17izmU3mNo | Highway Five |
| 2_4 How to use the Tracking Generator on a Rigol Spectrum Analyzer to test a Filter | http://www.youtube.com/watch?v=_17izmU3mNo | Can Do |
| Testing a filter using a Rigol spectrum analyzer | http://www.youtube.com/watch?v=1Cbv2gUExEQ | Highway Five |
| Testing a filter using a Rigol spectrum analyzer | http://www.youtube.com/watch?v=1Cbv2gUExEQ | Can Do |
| 5_3 Basic Trace Functions of a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=219fSlG4BhY | Highway Five |
| 5_3 Basic Trace Functions of a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=219fSlG4BhY | Can Do |
| 2_2 The Deep Memory Advantage of a Rigol Oscilloscope | http://www.youtube.com/watch?v=3uhdnTdqwJ0 | Highway Five |
| 2_2 The Deep Memory Advantage of a Rigol Oscilloscope | http://www.youtube.com/watch?v=3uhdnTdqwJ0 | Can Do |
| 5_1 Rigol DSA800 Spectrum Analyzer Front Panel Overview | http://www.youtube.com/watch?v=4VzsgicaR50 | Highway Five |
| 5_1 Rigol DSA800 Spectrum Analyzer Front Panel Overview | http://www.youtube.com/watch?v=4VzsgicaR50 | Can Do |
| More about Oscilloscope Waveform Update Rates | http://www.youtube.com/watch?v=5yO89VZJzVU | Highway Five |
| More about Oscilloscope Waveform Update Rates | http://www.youtube.com/watch?v=5yO89VZJzVU | Can Do |
| Rigol DS1000Z Introduction Video | http://www.youtube.com/watch?v=6zq_f7zFGyQ | English Channel |
| 2_3 How to use the zero span function of a Rigol spectrum analyzer to test an AM signal | http://www.youtube.com/watch?v=8OWkke3eD64 | Highway Five |
| 2_3 How to use the zero span function of a Rigol spectrum analyzer to test an AM signal | http://www.youtube.com/watch?v=8OWkke3eD64 | Can Do |
| 7_1 How to Generate Basic Waveforms Using a Rigol DG4000 Arbitrary Waveform Generator | http://www.youtube.com/watch?v=97qO1OdcbfQ | Highway Five |
| 7_1 How to Generate Basic Waveforms Using a Rigol DG4000 Arbitrary Waveform Generator | http://www.youtube.com/watch?v=97qO1OdcbfQ | Can Do |
| 4_4 How to Trigger and Decode an I2C Bus using a Rigol Oscilloscope | http://www.youtube.com/watch?v=Aa2pcQVPOcU | Highway Five |
| 4_4 How to Trigger and Decode an I2C Bus using a Rigol Oscilloscope | http://www.youtube.com/watch?v=Aa2pcQVPOcU | Can Do |
| 6_4 How to Use the Duration Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=bKCrjzD_LBI | Highway Five |
| 6_4 How to Use the Duration Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=bKCrjzD_LBI | Can Do |
| Rigol MSO4000 Mixed Signal Oscilloscope Introduction | http://www.youtube.com/watch?v=f2R7zi7psbw | Clear |
| 4_2 How to use the Windows Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=flyiqrLuLRU | Highway Five |
| 4_2 How to use the Windows Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=flyiqrLuLRU | Can Do |
| 6_1 Using the Peak Detector of a Rigol Oscilloscope to Measure a Narrow Pulse | http://www.youtube.com/watch?v=ga_RoiNu-yw | Highway Five |
| 6_1 Using the Peak Detector of a Rigol Oscilloscope to Measure a Narrow Pulse | http://www.youtube.com/watch?v=ga_RoiNu-yw | Can Do |
| 6_2 Using the Advanced Math Operation of a Rigol Oscilloscope | http://www.youtube.com/watch?v=GD51hMK4GSU | Highway Five |
| 6_2 Using the Advanced Math Operation of a Rigol Oscilloscope | http://www.youtube.com/watch?v=GD51hMK4GSU | Can Do |
| 7_5 Using the Statistical Function of the Rigol DG4000 Frequency Counter | http://www.youtube.com/watch?v=H3t3v5enxfo | Highway Five |
| 7_5 Using the Statistical Function of the Rigol DG4000 Frequency Counter | http://www.youtube.com/watch?v=H3t3v5enxfo | Can Do |
| 6_5 How to Use the Timeout Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=hayenhHMr84 | Highway Five |
| 6_5 How to Use the Timeout Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=hayenhHMr84 | Can Do |
| 4_5 How to Record Specified Frames of Waveforms using a Rigol Oscilloscope | http://www.youtube.com/watch?v=jvrJBZL4K0s | Highway Five |
| 4_5 How to Record Specified Frames of Waveforms using a Rigol Oscilloscope | http://www.youtube.com/watch?v=jvrJBZL4K0s | Can Do |
| How to use the Waveform Recording Function on a Rigol Oscilloscope | http://www.youtube.com/watch?v=KfzyUrWcXBM | Highway Five |
| How to use the Waveform Recording Function on a Rigol Oscilloscope | http://www.youtube.com/watch?v=KfzyUrWcXBM | Can Do |
| 8_2 Rigol Basic Spectrum Analyzer Measurements | http://www.youtube.com/watch?v=kwC85TFRGV0 | Highway Five |
| 8_2 Rigol Basic Spectrum Analyzer Measurements | http://www.youtube.com/watch?v=kwC85TFRGV0 | Can Do |
| 1_2 How to use the Runt Trigger Function on a Rigol Oscillscope | http://www.youtube.com/watch?v=kZg6Zf0a4Ng | Highway Five |
| 1_2 How to use the Runt Trigger Function on a Rigol Oscillscope | http://www.youtube.com/watch?v=kZg6Zf0a4Ng | Can Do |
| 7_4 Using the Frequency Counter Function of a Rigol DG4000 Arbitrary Waveform Generator | http://www.youtube.com/watch?v=L1_BFTPw7yk | Highway Five |
| 7_4 Using the Frequency Counter Function of a Rigol DG4000 Arbitrary Waveform Generator | http://www.youtube.com/watch?v=L1_BFTPw7yk | Can Do |
| How to use the Pass/Fail function of a Rigol Oscilloscope to analyze a signal | http://www.youtube.com/watch?v=nd6WAXNuSY4 | Highway Five |
| How to use the Pass/Fail function of a Rigol Oscilloscope to analyze a signal | http://www.youtube.com/watch?v=nd6WAXNuSY4 | Can Do |
| How to Capture a Video Signal with a Rigol Oscilloscope | http://www.youtube.com/watch?v=Nmoe5hi4UV4 | Highway Five |
| How to Capture a Video Signal with a Rigol Oscilloscope | http://www.youtube.com/watch?v=Nmoe5hi4UV4 | Can Do |
| Performing a VSWR test using a Rigol spectrum analyzer and VB1020 Bridge | http://www.youtube.com/watch?v=NT3sGk6bGkU | Highway Five |
| Performing a VSWR test using a Rigol spectrum analyzer and VB1020 Bridge | http://www.youtube.com/watch?v=NT3sGk6bGkU | Can Do |
| 7_2 How to Quickly Recall an ARB Using the User Key of a Rigol DG4000 Arbitrary Waveform Generator | http://www.youtube.com/watch?v=nuTGDnahBrE | Highway Five |
| 7_2 How to Quickly Recall an ARB Using the User Key of a Rigol DG4000 Arbitrary Waveform Generator | http://www.youtube.com/watch?v=nuTGDnahBrE | Can Do |
| 5_4 Measuring Small Signals with a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=obH6Dblk-aE | Highway Five |
| 5_4 Measuring Small Signals with a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=obH6Dblk-aE | Can Do |
| How to Trigger and Decode a CAN Signal with a Rigol Oscilloscope | http://www.youtube.com/watch?v=oQxwnUP9EPA | Highway Five |
| How to Trigger and Decode a CAN Signal with a Rigol Oscilloscope | http://www.youtube.com/watch?v=oQxwnUP9EPA | Can Do |

| Video Title | URL | Song Title |
|---|---|---|
| 2_5 How to use a Rigol Spectrum Analyzer and VSWR Bridge to measure an antenna | http://www.youtube.com/watch?v=PXDsIO0fqrI | Highway Five |
| 2_5 How to use a Rigol Spectrum Analyzer and VSWR Bridge to measure an antenna | http://www.youtube.com/watch?v=PXDsIO0fqrI | Can Do |
| 2_1 Using the High Waveform Update Rate of an Oscilloscope to Capture an Abnormal Signal | http://www.youtube.com/watch?v=QLgZrk0j8w8 | Highway Five |
| 2_1 Using the High Waveform Update Rate of an Oscilloscope to Capture an Abnormal Signal | http://www.youtube.com/watch?v=QLgZrk0j8w8 | Can Do |
| 8_3 Using the 2nd Function Key of a Rigol Multimeter | http://www.youtube.com/watch?v=QlRg3WuZrhU | Highway Five |
| 8_3 Using the 2nd Function Key of a Rigol Multimeter | http://www.youtube.com/watch?v=QlRg3WuZrhU | Can Do |
| 5_5 Phase Noise Measurements using a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=rZFMjE1pA7E | Highway Five |
| 5_5 Phase Noise Measurements using a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=rZFMjE1pA7E | Can Do |
| 8_1 Rigol Spectrum Analyzer Basic Marker Functions | http://www.youtube.com/watch?v=SJxusdj9yS4 | Highway Five |
| 8_1 Rigol Spectrum Analyzer Basic Marker Functions | http://www.youtube.com/watch?v=SJxusdj9yS4 | Can Do |
| 6_3 Using the Slope Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=SP2DQpQ24w8 | Highway Five |
| 6_3 Using the Slope Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=SP2DQpQ24w8 | Can Do |
| 4_3 Using the FFT Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=Tp4bK5W0PbY | Highway Five |
| 4_3 Using the FFT Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=Tp4bK5W0PbY | Can Do |
| How to Trigger and Decode an RS232 Bus with a Rigol Oscilloscope | http://www.youtube.com/watch?v=wEmdHCXhrNk | Highway Five |
| How to Trigger and Decode an RS232 Bus with a Rigol Oscilloscope | http://www.youtube.com/watch?v=wEmdHCXhrNk | Can Do |
| 5_2 Using the Peak Function of a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=wojJWPEI4bM | Highway Five |
| 5_2 Using the Peak Function of a Rigol Spectrum Analyzer | http://www.youtube.com/watch?v=wojJWPEI4bM | Can Do |
| 4_1 How to use the Nth edge trigger function of a Rigol oscilloscope | http://www.youtube.com/watch?v=xM1X-R-IcT8 | Highway Five |
| 4_1 How to use the Nth edge trigger function of a Rigol oscilloscope | http://www.youtube.com/watch?v=xM1X-R-IcT8 | Can Do |
| 7_3 Using the Noise Superposition Function of a Rigol DG4000 arbitrary waveform generator | http://www.youtube.com/watch?v=xWChLunlzgg | Highway Five |
| 7_3 Using the Noise Superposition Function of a Rigol DG4000 arbitrary waveform generator | http://www.youtube.com/watch?v=xWChLunlzgg | Can Do |
| How to use the Pulse Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=Z2xRXADerP8 | Highway Five |
| How to use the Pulse Trigger Function of a Rigol Oscilloscope | http://www.youtube.com/watch?v=Z2xRXADerP8 | Can Do |
| M300 Datalogger/Switch System Introduction | http://www.youtube.com/watch?v=Z7AcFGPtERo | Topaz |
| Rigol DS1054Z | http://www.youtube.com/watch?v=7aEc9IsccWU | English Channel |
| DÅ‚uga pamiÄ™Ä‡ w oscyloskopach Rigol rigol.com.pl | http://www.youtube.com/watch?v=br7SG1bGfjI | Highway Five |
| DÅ‚uga pamiÄ™Ä‡ w oscyloskopach Rigol rigol.com.pl | http://www.youtube.com/watch?v=br7SG1bGfjI | Can Do |
| UÅ¼ywanie funkcji PASS FAIL w oscyloskopach Rigol | http://www.youtube.com/watch?v=mEmVAUqB5DU | Highway Five |
| UÅ¼ywanie funkcji PASS FAIL w oscyloskopach Rigol | http://www.youtube.com/watch?v=mEmVAUqB5DU | Can Do |
| Use RIGOL oscilloscope high capture rate to capture abnormal signal | http://www.youtube.com/watch?v=_akJHoUlQi4 | Highway Five |
| Use RIGOL oscilloscope high capture rate to capture abnormal signal | http://www.youtube.com/watch?v=_akJHoUlQi4 | Can Do |
| Use FFT Function of RIGOL Oscilloscope to Measure Harmonics of AC Line | http://www.youtube.com/watch?v=1uFtgGHfn5o | Highway Five |
| Use FFT Function of RIGOL Oscilloscope to Measure Harmonics of AC Line | http://www.youtube.com/watch?v=1uFtgGHfn5o | Can Do |
| Deep memory advantage of RIGOL oscilloscope | http://www.youtube.com/watch?v=2f5-zDenRkc | Highway Five |
| Deep memory advantage of RIGOL oscilloscope | http://www.youtube.com/watch?v=2f5-zDenRkc | Can Do |
| Use Configuration Clone Function of RIGOL Multimeter | http://www.youtube.com/watch?v=5_bjWC7ahMQ | Highway Five |
| Use Configuration Clone Function of RIGOL Multimeter | http://www.youtube.com/watch?v=5_bjWC7ahMQ | Can Do |
| How to use Runt Trigger function | http://www.youtube.com/watch?v=5KhqJD0JbJw | Highway Five |
| How to use Runt Trigger function | http://www.youtube.com/watch?v=5KhqJD0JbJw | Can Do |
| RIGOL Spectrum Analyzer Basic Trace Function | http://www.youtube.com/watch?v=6AJbHFnYW8Y | Highway Five |
| RIGOL Spectrum Analyzer Basic Trace Function | http://www.youtube.com/watch?v=6AJbHFnYW8Y | Can Do |
| How to use RS232 BUS function to trigger and decode | http://www.youtube.com/watch?v=6uWzI5asoOk | Highway Five |
| How to use RS232 BUS function to trigger and decode | http://www.youtube.com/watch?v=6uWzI5asoOk | Can Do |
| RIGOL Spectrum Analyzer Basic Marker Function | http://www.youtube.com/watch?v=9iIh5bhSf94 | Highway Five |
| RIGOL Spectrum Analyzer Basic Marker Function | http://www.youtube.com/watch?v=9iIh5bhSf94 | Can Do |
| Noise Superposition Function of RIGOL DG4000 | http://www.youtube.com/watch?v=C3DMRNim1nk | Highway Five |
| Noise Superposition Function of RIGOL DG4000 | http://www.youtube.com/watch?v=C3DMRNim1nk | Can Do |
| How to use oscilloscope pulse trigger function | http://www.youtube.com/watch?v=cMAowRV4Mlw | Highway Five |
| How to use oscilloscope pulse trigger function | http://www.youtube.com/watch?v=cMAowRV4Mlw | Can Do |
| RIGOL Spectrum Analyzer Basic Basic Measurement | http://www.youtube.com/watch?v=CsjMsQN6jcI | Highway Five |
| RIGOL Spectrum Analyzer Basic Basic Measurement | http://www.youtube.com/watch?v=CsjMsQN6jcI | Can Do |
| Generate Basic Waveforms Using RIGOL DG4000 | http://www.youtube.com/watch?v=czQnIhtVGxs | Highway Five |
| Generate Basic Waveforms Using RIGOL DG4000 | http://www.youtube.com/watch?v=czQnIhtVGxs | Can Do |

| Video Title | URL | Song Title |
|---|---|---|
| RIGOL Spectrum Analyzer Basic Front Panel Overview | http://www.youtube.com/watch?v=eoTbtSz0BfU | Highway Five |
| RIGOL Spectrum Analyzer Basic Front Panel Overview | http://www.youtube.com/watch?v=eoTbtSz0BfU | Can Do |
| RBW Explanation and Application of RIGOL Spectrum Analyzer | http://www.youtube.com/watch?v=EVUnj5ynlrY | Highway Five |
| RBW Explanation and Application of RIGOL Spectrum Analyzer | http://www.youtube.com/watch?v=EVUnj5ynlrY | Can Do |
| RIGOL Spectrum Analyzer Basic Peak Function | http://www.youtube.com/watch?v=GHdGl-Tdxz0 | Highway Five |
| RIGOL Spectrum Analyzer Basic Peak Function | http://www.youtube.com/watch?v=GHdGl-Tdxz0 | Can Do |
| Use Level Trigger Function of RIGOL Multimeter to Measure Complex Signal | http://www.youtube.com/watch?v=Hdr7dqcQFos | Highway Five |
| Use Level Trigger Function of RIGOL Multimeter to Measure Complex Signal | http://www.youtube.com/watch?v=Hdr7dqcQFos | Can Do |
| Use Peak Detect of RIGOL Oscilloscope to Measure Narrow Pulse | http://www.youtube.com/watch?v=HSPth_v5caI | Highway Five |
| Use Peak Detect of RIGOL Oscilloscope to Measure Narrow Pulse | http://www.youtube.com/watch?v=HSPth_v5caI | Can Do |
| How to use CAN bus to trigger and decode | http://www.youtube.com/watch?v=i_PBfdnQbFE | Highway Five |
| Quick Recall ARB Using User Key of RIGOL DG4000 | http://www.youtube.com/watch?v=IFcTgM79eYY | Highway Five |
| Quick Recall ARB Using User Key of RIGOL DG4000 | http://www.youtube.com/watch?v=IFcTgM79eYY | Can Do |
| RIGOL Digital Oscilloscope MSO DS1000Z | http://www.youtube.com/watch?v=-jD_jBEWKyI | English Channel |
| Use Windows Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=jTo6HawHeng | Highway Five |
| Use Windows Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=jTo6HawHeng | Can Do |
| Using RIGOL spectrum and VSWR bridge to measure antenna | http://www.youtube.com/watch?v=k1sUqRLwxNk | Highway Five |
| Using RIGOL spectrum and VSWR bridge to measure antenna | http://www.youtube.com/watch?v=k1sUqRLwxNk | Can Do |
| RIGOL Spectrum Analyzer Basic User Key | http://www.youtube.com/watch?v=KbUbrrUmoVg | Highway Five |
| RIGOL Spectrum Analyzer Basic User Key | http://www.youtube.com/watch?v=KbUbrrUmoVg | Can Do |
| Use Advanced Math Operation of RIGOL Oscilloscope | http://www.youtube.com/watch?v=kDpsumb9Bjk | Highway Five |
| Use Advanced Math Operation of RIGOL Oscilloscope | http://www.youtube.com/watch?v=kDpsumb9Bjk | Can Do |
| Use I2C Bus of RIGOL Oscilloscope to Trigger and Decode | http://www.youtube.com/watch?v=lbGhSYS0RDo | Highway Five |
| Use I2C Bus of RIGOL Oscilloscope to Trigger and Decode | http://www.youtube.com/watch?v=lbGhSYS0RDo | Can Do |
| Record Specified Frames of Waveform Using RIGOL Oscilloscope | http://www.youtube.com/watch?v=mxAXXJ40WSE | Highway Five |
| Record Specified Frames of Waveform Using RIGOL Oscilloscope | http://www.youtube.com/watch?v=mxAXXJ40WSE | Can Do |
| Frequency Counter Function of RIGOL DG4000 | http://www.youtube.com/watch?v=Nlh36rJNPXs | Highway Five |
| Frequency Counter Function of RIGOL DG4000 | http://www.youtube.com/watch?v=Nlh36rJNPXs | Can Do |
| How to use RIGOL oscilloscope PassFail function to analyze signal | http://www.youtube.com/watch?v=NsTA1IWdOAg | Highway Five |
| How to use RIGOL oscilloscope PassFail function to analyze signal | http://www.youtube.com/watch?v=NsTA1IWdOAg | Can Do |
| RIGOL Digital Oscilloscope MSO DS4000 | http://www.youtube.com/watch?v=nyP-sxfhzzY | Clear |
| Use 2nd Function Key of RIGOL Multimeter | http://www.youtube.com/watch?v=o_9LKELX7Lk | Highway Five |
| Use 2nd Function Key of RIGOL Multimeter | http://www.youtube.com/watch?v=o_9LKELX7Lk | Can Do |
| Detector Explanation and Application of RIGOL Spectrum Analyzer | http://www.youtube.com/watch?v=Q4o2IEG8b3Q | Highway Five |
| Detector Explanation and Application of RIGOL Spectrum Analyzer | http://www.youtube.com/watch?v=Q4o2IEG8b3Q | Can Do |
| RIGOL Spectrum Analyzer Basic Measure Small Signal | http://www.youtube.com/watch?v=-QCS1bPaGSA | Highway Five |
| RIGOL Spectrum Analyzer Basic Measure Small Signal | http://www.youtube.com/watch?v=-QCS1bPaGSA | Can Do |
| Use Slope Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=qf6ZLTKDWss | Highway Five |
| Use Slope Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=qf6ZLTKDWss | Can Do |
| RIGOL Spectrum Analyzer Basic Measure Phase Noise | http://www.youtube.com/watch?v=rcvGl7UMNGc | Highway Five |
| RIGOL Spectrum Analyzer Basic Measure Phase Noise | http://www.youtube.com/watch?v=rcvGl7UMNGc | Can Do |
| How to use RIGOL oscilloscope video trigger function to trigger video signal | http://www.youtube.com/watch?v=RiNpo85ielQ | Highway Five |
| How to use RIGOL oscilloscope video trigger function to trigger video signal | http://www.youtube.com/watch?v=RiNpo85ielQ | Can Do |
| Use Math Function of RIGOL Multimeter | http://www.youtube.com/watch?v=S9IxrkfONN0 | Highway Five |
| Use Math Function of RIGOL Multimeter | http://www.youtube.com/watch?v=S9IxrkfONN0 | Can Do |
| Statistical Function of RIGOL DG4000 Frequency Counter | http://www.youtube.com/watch?v=T4ItzmPnZ4g | Highway Five |
| Statistical Function of RIGOL DG4000 Frequency Counter | http://www.youtube.com/watch?v=T4ItzmPnZ4g | Can Do |
| Use RIGOL spectrum analyzer TG function to test character of filter | http://www.youtube.com/watch?v=WDNfwV3BE2I | Highway Five |
| Use RIGOL spectrum analyzer TG function to test character of filter | http://www.youtube.com/watch?v=WDNfwV3BE2I | Can Do |
| Use Nth Edge Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=wPs4qprhMhg | Highway Five |
| Use Nth Edge Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=wPs4qprhMhg | Can Do |
| How to use RIGOL oscilloscope waveform recording function | http://www.youtube.com/watch?v=wrfmY1WGyU4 | Highway Five |
| How to use RIGOL oscilloscope waveform recording function | http://www.youtube.com/watch?v=wrfmY1WGyU4 | Can Do |
| Use Duration Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=YAHKR3OotUM | Highway Five |

| Video Title | URL | Song Title |
|---|---|---|
| Use Duration Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=YAHKR3OotUM | Can Do |
| Use Zero Span Function of RIGOL Spectrum to Test AM Signal | http://www.youtube.com/watch?v=YeKZ7YMgC-M | Highway Five |
| Use Zero Span Function of RIGOL Spectrum to Test AM Signal | http://www.youtube.com/watch?v=YeKZ7YMgC-M | Can Do |
| Use TimeOut Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=yVqzLBXIn5k | Highway Five |
| Use TimeOut Trigger Function of RIGOL Oscilloscope | http://www.youtube.com/watch?v=yVqzLBXIn5k | Can Do |
| | http://www.facebook.com/RIGOL.Technologies/videos/170022156789544/ | Topaz |
| | http://www.facebook.com/RIGOL.Technologies/videos/170051483453278/ | Clear |
| | http://www.facebook.com/RIGOL.Technologies/videos/170188790106214/ | English Channel |
| Rigol 50 MHz Digital Oscilloscope | http://www.youtube.com/watch?v=U4DewBYdFmg | English Channel |
| Oscilloscopes Rigol DS1054Z | http://www.youtube.com/watch?v=7I0yMSYrqZk | English Channel |
| ??????????? ????????????? Rigol ????? DS1000Z | http://www.youtube.com/watch?v=egb6mkB8-e0 | English Channel |
| Rigol DS1000Z Introduction Video | http://www.youtube.com/watch?v=xxxDbMvqy0o | English Channel |